IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL PELPHREY-WEIGAND, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 2:24-cv-01325 |
| | : | |
| RESOURCES FOR HUMAN DEVELOPMENT, INC. *d/b/a* MONTGOMERY COUNTY RECOVERY CENTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 2nd day of February 2026, upon consideration of the Defendant's Motion for Summary Judgment (Dkt. 39), the Plaintiff's response thereto (Dkt. 42), and Defendant's reply (Dkt. 47), it is hereby ORDERED that Defendant's Motion is GRANTED with respect to all claims except for Plaintiff's Wage Payment and Collection Claim.

The Court declines to exercise supplemental jurisdiction over this claim and it is DISMISSED without prejudice to refile in a court with competent jurisdiction. The balance of Plaintiff's claims are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.